**George J. WAIKSNIS, Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 103190**

Missouri Court of Appeals, Eastern District, DIVISION ONE.

FILED: August 16, 2016

Motion for Rehearing and/or Transfer to Supreme Court Denied September 27, 2016

Srikant Chigurupati, Assistant Public Defender, St. Louis, MO, for Movant/Appellant.

Chris Koster, Attorney General, Karen Louis Kramer, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

### ORDER

PER CURIAM

George J. Waiksnis appeals from the motion court's Findings of Fact, Conclusions of Law, and Order denying, without an evidentiary hearing, his amended Rule 24.035 Motion to Vacate, Set Aside, or Correct Judgment and Sentence and Request for Evidentiary Hearing. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would serve no jurisprudential or precedential purpose. We have, however, provided a memorandum opinion for the use of the parties setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).